## STATE v. J. B. IRWIN AND OTHERS.[1]

### July 18, 1919.

### No. 21,526.

**Certification unauthorized by statute.**

J. B. Irwin and others were indicted by the grand jury of Hennepin county charged with the crime of entering into a combination and understanding tending to fix the price of milk, tried in the district court for that county before Giddings, J., acting for the judges of that district, who certified to the supreme court as important and doubtful the questions: "Is there a fatal variance between the allegations of the indictment and the proof relied upon by the state, as above stated?" "In view of the statement of the county attorney that he will rely upon proof tending to show that whatever control was exercised by the defendants over the sale of milk or fixing the price thereof in the city of Minneapolis, at the time mentioned in the indictment, was by reason of their membership in and official connection with a co-operative corporation organized under section 6487 of chapter 58 of the General Statutes of Minnesota for the year 1913, and in view of the passage by the legislature of chapter 82 of the Session Laws of 1919, can the defendants now be tried under said indictment and, if found guilty, punished under the laws of this state?" Dismissed and remanded.

*Frank M. Nye* and *William M. Nash*, County Attorney, for the state.

*M. D. Munn* and *Robert Jamison*, for defendants.

[1]Reported in 173 N. W. 575.

PER CURIAM.

For the reasons stated in State v. Wellman, infra, the certification of this cause to this court for the determination of the question certified is dismissed and the cause remanded to the court below.